419 A.2d 197

Commonwealth v. Graham, Appellant.

Submitted December 8, 1978. Michael J. McAllister, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

419 A.2d 198

Commonwealth v. Isaac, Appellant.

Submitted March 23, 1979. Bruce S. Miller, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.